IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATED MATERIALS, LLC<br>3773 State Road<br>Cuyahoga Falls, OH 44223<br><br>and<br><br>NEW AMI I, LLC<br>3773 State Road<br>Cuyahoga Falls, OH 44223,<br><br>        Plaintiffs,<br><br>vs.<br><br>MARKEL AMERICAN INSURANCE COMPANY<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060,<br><br>        Defendant. | CASE NO.  5:24CV143<br><br>JUDGE<br><br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

    Pursuant to 28 U.S.C. §1441 and §1446, Defendant Markel American Insurance Company ("MAIC"), hereby provides notice of the removal of the above-captioned civil action from the Court of Common Pleas for Summit County, OH, Case No: CV-2023-12-4913, to the United States District Court for the Northern District of Ohio. In support of this Notice of Removal, Defendant hereby states as follows:

    1.  The civil action was originally filed on December 18, 2023, by Plaintiffs Associated Materials, LLC and New AMI I, LLC, in the Summit County Court of Common Pleas, Case No: CV-2023-12-4913. As provided in the State Court docket, service of process was accomplished upon Defendant MAIC on December 26, 2023.

2. This Notice of Removal was timely filed under 28 U.S.C. §1446(b) as it was filed within thirty days of service of the Complaint and Summons upon all Defendants on December 26, 2023.

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1332 based on diversity of citizenship, and removal is therefore proper under 28 U.S.C. §1441 because complete diversity exists between the parties and the matter in controversy exceeds $75,000.

4. This is a civil action for declaratory judgment and breach of contract. A copy of the Summons issued to MAIC and Plaintiffs' Complaint are attached hereto as Exhibit "A."

5. Plaintiff Associated Materials, LLC alleges it is a subsidiary of New Ami I, LLC, each of them being allegedly limited liability companies organized under the laws of Delaware with its principal place of business in Cuyahoga Falls, OH.

6. Defendant MAIC is currently, and was at the time the removal of the state court action was filed, a corporation organized and incorporated under the laws of the State of Virginia with its principal place of business in Glen Allen, VA.

7. As complete diversity of citizenship exists among the parties, this action may be removed from the Summit County Court of Common Pleas to the United States District Court, Northern District of Ohio pursuant to 28 U.S.C. §1441 and §1332.

8. Subsequent to service of Plaintiffs' Complaint upon Defendant MAIC, no further pleadings and orders have been served upon this Defendant in the State Court proceedings.

9. MAIC hereto attaches as Exhibit "B," a copy of the Notice of Filing Notice of Removal which Defendant MAIC is filing with the Court of Common Pleas, Summit County, OH immediately after filing the within Notice of Removal.

10. Defendant MAIC will file a copy of the Notice of Removal with the Clerk of Courts of Summit County, OH immediately after the filing hereof.

11. Defendant MAIC submits this Notice without waiving any defenses to the claims asserted by Plaintiffs or conceding Plaintiffs have pleaded claims upon which relief may be granted.

12. The only Defendant in the action consents to its removal.

## **MEMORANDUM IN SUPPORT**

Through its Notice of Removal, Defendant Markel American Insurance Company ("MAIC") effected a proper removal of this action from the Summit County Court of Common Pleas, OH to the United States District Court for the Northern District of Ohio, Eastern Division. Plaintiffs originally filed suit on or about December 18, 2023 in the Summit County Court of Common Pleas. The Court's docket indicates that MAIC was served with Plaintiffs' Summons and Complaint on or about December 26, 2023. MAIC filed its Notice of Removal within thirty (30) days after its receipt of a copy of the initial pleading, or thirty (30) days after service of the Summons. Accordingly, MAIC's removal of this cause is timely. See, 28 U.S.C. §1441 and §1446(b). See, also, *Marion Corp. v. Lloyd's Banks PLC* (1990), 738 F.Supp.1337 (removal set forth in 28 U.S.C. §1446(b) does not commence until the defendant is served with process).

This Court has removal jurisdiction based on the complete diversity of citizenship between the parties 28 U.S.C. §1332. Plaintiffs are citizens of the State of Delaware with their principal place of business located in Cuyahoga Falls, OH. MAIC is a foreign insurance carrier that is a citizen of the State of Virginia, with its principal place of business in Virginia. The amount in controversy exceeds $75,000.

WHEREFORE, Defendant MAIC respectfully requests this Court recognize the propriety of this removal and that this case be removed from the Court of Common Pleas, Summit County, OH to the United States District Court for the Northern District of Ohio, Eastern Division. In so removing, Defendant MAIC does not waive any known or unknown defenses to Plaintiffs' Complaint including, but not limited to, the Court's lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, forum non conveniens, failure to state a claim upon which relief may be granted and the specific terms and conditions of the MAIC policy of insurance.

Date:  January 25, 2024

Signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

                                                                     Respectfully submitted,

                                                      */s/ Laura M. Faust*
                                                      Laura M. Faust (59494)
                                                      lfaust@ralaw.com
                                                      Phillip M. Sarnowski (96788)
                                                      psarnowski@ralaw.com
                                                      Roetzel & Andress, LPA
                                                      222 South Main Street
                                                      Akron, OH  44308
                                                      Telephone  330.376.2700
                                                      Facsimile  330.376.4577
                                                      ATTORNEYS FOR DEFENDANT
                                                      MARKEL AMERICAN INSURANCE COMPANY

**PROOF OF SERVICE**

    I hereby certify that on this 25th day of January, 2024, the foregoing was electronically filed with the Court and a copy of the foregoing has been served upon the following party via email:

K. James Sullivan, Esq.
Matthew M. Mendoza, Esq.
Aaren R. Host, Esq.
Xin Wen, Esq.
Nicholas M. Hudnell, Esq.
CALFEE, HALTER & GRISWOLD, LLP
1405 East Sixth Street
Cleveland, OH  44114
ATTORNEYS FOR PLAINTIFFS
ASSOCIATED MATERIALS, LLC AND
NEW AMI I, LLC

                                  */s/ Laura M. Faust*
                                  Laura M. Faust
                                  Phillip M. Sarnowski

20982013 _1 052779.0070