PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATED MATERIALS, LLC, *et al.*, | ) |
| | ) CASE NO. 5:24CV143 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| MARKEL AMERICAN INSURANCE COMPANY, | ) |
| | ) **ORDER OF REMAND** |
| | ) |
| Defendant. | ) |

Pending before the Court is the Parties' Joint Motion to Remand Case *via* stipulation. ECF No. 14. This matter was originally removed to the Court pursuant to 28 U.S.C. §§ 1441 and 1446, as Defendant asserted the existence of complete diversity of citizenship, and that the amount in controversy exceeded the sum of $75,000. *See* ECF No. 1. "The general rule is that diversity is determined at the time of the filing of a lawsuit." *Curry v. U.S. Bulk Transp.*, Inc., 462 F.3d 536, 540 (6th Cir. 2006) (citing *Smith v. Sperling,* 354 U.S. 91, 93 & n. 1, 77 S.Ct. 1112, 1 L.Ed.2d 1205 (1957)).

Plaintiffs filed a Corporate Disclosure Statement, which identified a sub-tier limited partnership with citizenship in Virginia. *See* ECF No. 8 at PageID #: 331. Defendant is also a citizen of Virginia. *See* ECF No. 1 at ¶ 6. Accordingly, the Court does not have jurisdiction over this matter. Therefore, for good cause shown, having been stipulated to by all parties, this matter is remanded to Summit County Court of Common Pleas.

IT IS SO ORDERED.

| | |
|---|---|
| April 22, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |